# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MONICA CARBAJAL-AGUILAR,

    Plaintiff,

v.

OSCAR PARAMO, *et al.*,

    Defendants.

Case No. 2:24-cv-02115-RFB-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by January 17, 2025.

    IT IS SO ORDERED.

    Dated: January 10, 2025

_____
Nancy J. Koppe
United States Magistrate Judge