# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CARBAJAL-AGUILAR, *et al.*, <br>     Plaintiffs, <br> v. <br> LOYA INSURANCE COMPANY, <br>     Defendant. | Case No. 2:24-cv-02115-RFB-NJK <br><br> **Order** <br><br> [Docket No. 10] |

    Pending before the Court is the parties' joint discovery plan.  Docket No. 10.

    The discovery plan seeks special scheduling without sufficient reasoning.  Local Rule 26-1(b)(1).  The parties seek a discovery period that is almost twice the length of the default discovery period, yet provide no explanation for the extended timeline.  *See* Docket No. 10 at 2.

    Accordingly, the discovery plan is **DENIED** without prejudice.  Docket No. 10.  An amended discovery plan that complies with the local rules and all relevant standards must be filed by January 24, 2025.

    IT IS SO ORDERED.

    Dated: January 21, 2025

                                                        Nancy J. Koppe <br>
                                                        United States Magistrate Judge