# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONICA CARBAJAL-AGUILAR, *et al.*, <br>     Plaintiffs, <br> v. <br> LOYA INSURANCE COMPANY, <br>     Defendant. | Case No. 2:24-cv-02115-RFB-NJK <br><br> **Order** <br><br> [Docket No. 12] |

Pending before the Court is the parties' amended joint discovery plan. Docket No. 12.

In violation of Local Rule 26-1(b), the discovery plan calculates the discovery cut-off from the parties' Rule 26(f) conference rather than the date the first Defendant appeared.[1] *See* Docket No. 12 at 2.

The discovery plan seeks special scheduling without sufficient reasoning. Local Rule 26-1(b)(1). The parties seek a discovery period of 270 days because "this matter involves extracontractual claims" and because of a pending motion and stipulation to remand. Docket No. 12 at 2. The parties fail to demonstrate how these facts require a longer period than the default discovery period.

Further, the discovery plan seeks an extended deadline for initial disclosures that is 14 days after the Court's ruling on the pending motion and stipulation. Docket No. 12 at 2. However, the default deadline for initial disclosures is 14 days after the Rule 26(f) conference. Fed. R. Civ. P. 26(a)(1)(C).

Accordingly, the amended discovery plan is **DENIED**. Docket No. 12.

Case management deadlines are hereby **SET** as follows:

---

[1] Defendant first appeared on November 13, 2024. Docket No. 1. Case management deadlines are calculated from that date.

1

- Initial disclosures: January 30, 2025
- Amend pleadings/add parties: February 11, 2025
- Initial experts: March 13, 2025
- Rebuttal experts: April 14, 2025
- Discovery cutoff: May 12, 2025
- Dispositive motions: June 11, 2025
- Joint proposed pretrial order: July 11, 2025, 30 days after resolution of dispositive motions or by further Court order

IT IS SO ORDERED.

Dated: January 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge